# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

MICHAEL MIAZZA, INDIVIDUALLY
AND ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED

VERSUS

BOARD OF SUPERVISORS OF
LOUISIANA STATE UNIVERSITY
AND AGRICULTURAL AND
MECHANICAL COLLEGE

CONSOLIDATED WITH

TAYLOR GUNTER, INDIVIDUALLY
AND ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED

VERSUS

LOUISIANA STATE UNIVERSITY
SYSTEM, AND OTHER AFFILIATED
ENTITIES AND INDIVIDUALS
MARY L. WERNER, ROBERT S.
DAMPF, JAMES M. WILLIAMS,
RONALD R. ANDERSON, LEE
MALLETT, RICHARD E.
ZUSCHLAG, JACK A. BLOSSMAN,
REMY VOISIN STARNS, JIMMIE
M. WOODS, GLENN ARMENTOR,
VALENCIA S. JONES, B. WAYNE
BROWN, PATRICK C. MORROW,
RAYMOND R. MORRIS AND COLLIS
B. TEMPLE

NO. 2023 CW 0533

**AUGUST 4, 2023**

---

In Re:   Board of Supervisors of Louisiana State University and
         Agricultural and Mechanical College, applying for
         supervisory writs, 19th Judicial District Court,
         Parish of East Baton Rouge, No. 696918 c/w 698930.

---

**BEFORE:   HOLDRIDGE, CHUTZ, AND PENZATO, JJ.**

**WRIT DENIED.**

WRC
AHP

**Holdridge, J.,** dissents in part and would issue the Notice
of Briefing Schedule pursuant to La. Code Civ. P. art. 966 (H)
only as to the individual claim of the plaintiff, Taylor Gunter.
It appears that the defendant has brought forth sufficient
evidence to prove that her individual claim should be dismissed.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT